Criminal Complaint

# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

VICTOR SOSA, a/k/a
   Victorino,
ALEX PEREZ, a/k/a
   Ariel Lugo-Torres, and
DIEGO ORTIZ

**CRIMINAL COMPLAINT**
Mag. No. 04-1651-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **and between February 8 and February 13, 2004**, in **Suffolk and Middlesex** Counties, in the District of **Massachusetts**

defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly, and intentionally conspire to distribute, and possess with intent to distribute, five kilograms of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

I further state that I am a(n) __DEA Task Force Agent__ and that this complaint is based on the following facts:         Official Title

See Affidavit of DEA Task Force Agent Christopher Borum attached hereto and made a part hereof.

Continued on the attached sheet and made a part hereof:   X Yes  ☐ No

_Christopher J. Borum_
Signature of Complainant
Christopher J. Borum

Sworn to before me and subscribed in my presence,

February 14, 2004                    at    Cotuit, MA
Date                                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer         Signature of Judicial Officer