UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
            Plaintiff,
v.
                                    CR 04-10068-RWZ

VICTOR SOSA,
            Defendant,

ORDER OF APPOINTMENT OF COUNSEL

February 17, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Catherine Byrne of the

Federal Defender for the District of Massachusetts, 408

Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617)

223-8061, is appointed to represent the above-named

defendant in all proceedings related to the above-entitled

case.


                        CHARLES B. SWARTWOOD, III
                        MAGISTRATE JUDGE

                        By the Court:



                        /s/ Lisa B. Roland
                        Lisa B. Roland
                        Deputy Clerk