SCANNED
DATE: 3-22-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                        )<br>)<br>1.  VICTOR SOSA            )<br>    a/k/a "Victorino,"    )<br>2.  ALEX ARANGO-PEREZ,    )<br>    A/k/a                 )<br>      "Ariel Lugo-Torres," )<br>3.  DIEGO ORTIZ           ) | Criminal No.<br>04-CR-10068 RWZ |

## NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government co-counsel in the captioned matter. AUSA Kevin McGrath will remain the lead government counsel.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney

               By: _____
                    David G. Tobin
                    Assistant U.S. Attorney
                    (617) 748-3392

March 17, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Catherine K. Byrne
        Federal Defender's Office
        District of Massachusetts
        408 Atlantic Ave.
        Third Floor
        Suite 328
        Boston, MA 02210

        James J. Cipoletta
        Citizens Bank Building
        385 Broadway
        Suite 307
        Revere, MA 02151

        Melvin Noris, Esquire
        260 Boston Post Rd.
        Wayland, MA 01778

This 17th day of March, 2004.

                                          DAVID G. TOBIN
                                          ASSISTANT UNITED STATES ATTORNEY