UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>           )<br>     v.      )<br>           )<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ,    )<br>     Defendants,  )<br>           ) | **CRIMINAL ACTION<br>NO. 04-10068-RWZ** |

STATUS REPORT
May 5, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1.   Discovery

Counsel for the Defendants have requested additional time to review discovery produced by the Government with their clients. I have granted that request.

2.   Further Status Conference

A further status conference shall be held in this case on June 7, 2004, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 13, 2004 (date of expiration of prior order of excludable time) through June 7, 2004

(date by which Defendants will have reviewed discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Monday, August 16, 2004</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE