# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10068-RWZ** |
| ALEX PEREZ, VICTOR SOSA, ) | |
| and DIEGO ORTIZ, ) | |
| Defendants, ) | |

**ORDER OF EXCLUDABLE TIME**
**May 5, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), the period from April 13, 2004 (date of expiration of last prior order of excludable time) through June 7, 2004 (date by which Defendants will have reviewed discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE