UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ, )<br>    Defendants, )<br>) | CRIMINAL ACTION<br>NO. 04-10068-RWZ |

STATUS REPORT
June 8, 2004

**SWARTWOOD, M.J.**

    The following is a Status Report to Zobel, J. to whom this case is assigned:

    1.    Discovery

    There are numerous tape recordings allegedly of the Defendants that have been produced by the Government in this case. Counsel for the Defendants and the Government have requested additional time to work out a protocol for producing those tape recordings and I have granted that request.

    2.    Further Status Conference

    A further status conference shall be held in this case on July 19, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.    Excludable Time

    With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 7, 2004 (date of

expiration of prior order of excludable time) through July 19, 2004 (date by which discovery concerning tape recordings should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Monday, September 27, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE