UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ, )<br>        Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10068-RWZ** |

**STATUS REPORT**
**July 19, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. Discovery

The Government has produced fifteen tape recordings, four CDs and one video of relevant evidence in this case. Counsel for the Defendants have requested additional time to review that discovery, have their clients view the discovery and discuss that discovery with their clients. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 15, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 19, 2004 (date of expiration of prior order of excludable time) through September 15, 2004 (date by which defense counsel will have completed review of discovery with their respective clients).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Wednesday, November 24, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2