UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | CRIMINAL NO. 04-10068-RWZ |
| ) | |
| ) | |
| VICTOR SOSA            ) | |

### MOTION TO CONTINUE RULE 11 HEARING

The defendant respectfully moves that the Rule 11 hearing scheduled for January 13, 2005 be continued until February 2, 2005, the same date as that of the co-defendant Alex Perez.  As reason therefore, defendant has not had an opportunity to complete a safety valve interview with the government, nor has an agreement been reached regarding the change of plea and sentencing recommendation.

The defendant was scheduled to be interviewed at the United States Attorney's Office on December 21, 2004.  However the defendant, who is in detained, was not transported to court on that date.  It is anticipated that the interview will be completed and the defendant prepared to plead guilty prior to February 2, 2005.

```
                              VICTOR SOSA
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
Dated: January 12, 2004       Tel: 617-223-8061
```

-2-

_____