

U.S. Department of Justice

FILED
IN CLERKS OFFICE

Michael J. Sullivan
United States Attorney
District of Massachusetts   2007 NOV -7  P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

May 11, 2004

Donald W. Wyatt Detention Facility
Office of the Director of Security
Mr. Ron Letourneau
950 High Street
Center Falls, RI 02863

    Re:    Detainees: Victor Sosa, DOB 2/16/72, Marshall Number 25096038;
            Alexander Arango-Perez, DOB 3/9/75, Marshal Number 25097038
            Unites States v. Sosa, et al
            CR-04 10068-RWZ

Dear Mr. Letourneau:

    Pursuant to the Local Rules of the District Court for the District of Massachusetts which provides for a copy of recordings to be available for review by the defendant in custody, enclosed are four (4) CD ROMs and sixteen (16) cassettes tapes for above detainees. Each recording is labeled with an identifying number and the date of the conversation(s). Also enclosed is an index of the recordings.

    If you have any questions concerning any of the foregoing, please contact me at (617) 748-3392.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    DAVID TOBIN
          Assistant U.S. Attorney

Enclosure
cc: Catherine Byrne, Esq.
     James J. Cipoletta, Esq.

INDEX TO VICTOR SOSA, ALEXANDER ARANGO-PEREZ AND ORTIZ DIEGO RECORDING

| "N" NUMBER | DATE | DEFENDANT(S) |
| --- | --- | --- |
| N-2 | 1/16/04 | CS, SOSA |
| N-3 | 1/17/04 | CS, SOSA |
| N-4 | 1/20/04 | CS, SOSA |
| N-5 | 1/23/04 | CS, SOSA |
| N-7 | 1/29/04 | CS, SOSA |
| N-6 | 1/23/04 | SOSA |
| N-8 | 1/29/04 | CS, SOSA |
| N-10 | 2/11/04 | CS, SOSA, POSSIBLY PEREZ |
| N-12 | 2/13/04 | CS, SOSA |
| N-13 | 1/29/04 | CS, SOSA |
| N-14 | 2/13/04 | CS, SOSA |
| N-20 | 2/4/04 | CS, SOSA |
| N-21 | 2/9/04 | CS, SOSA |
| N-22 | 2/11/04 | CS, SOSA |
| N-23 | 2/13/04 | CS, SOSA |
| N-24 | 2/13/04 | CS, SOSA |
| N-25 | 1/22/04 | CS, SOSA |
| N-26 | 1/28/04 | CS, SOSA |
| N-27 | 01/28 & 29/ 04 | CS, SOSA |
| N-28 | 01/29/04 | CS, SOSA |