UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITES STATES OF AMERICA PLAINTIFF § § § | |
| VS § § | DOCKET No.04-CR-10068-1-(RWZ) |
| VICTOR SOSSA DEFENDANT § § | |

RE: Motion to request cost on file and records to be paid by the petitioner, based on the above docket number,

The petitioner pray this honorable court how much cost said file, such as

DOCKET SHEET, SENTENCING TRANSCRIPTS, PLEA-AGREEMENT.

Many of those documents were missing, when I'am was transfered from low

security correctional institution allenwood, to Giles W.Dalby Correctional

privately operated, 805 North Avenue,F, Post, Texas,77356.

WHEREFORE, FOR GOOD CAUSE SHOWN ABOVE, IN THE INTEREST OF JUSTICE, AND

IN THE END OF JUSTICE, the defendant respectfully moves this honorable court

to enter and order granting this motion .

                                              VICTOR SOSSA
                                              Reg#25096-038

                                              Giles W.Dalby Corre. F.

                                              805 North, Avenue, F.

                                              Post, Texas, 79356.