March 24, 2008

Mr. Victor Sossa
Reg # 25096-038
Giles W. Dalby Corre. F.
805 North Avenue, F.
Post, Texas 79356

Dear Ms. Sossa:

    In response to your "Motion to request cost on file and records to be paid by the petitioner, based on the above docket number" (Docket # 80), I enclose a copy of the docket in your case. Also, regarding the information you requested:

    The cost per page of documents in a file is $.50 (fifty cents) ; any transcript would need to be ordered through the court reporter directly.

                                       Sincerely,

                                       s/Lisa A. Urso

                                       Lisa Urso
                                       Courtroom Clerk

Enc. (docket sheet in CR04-10068)